# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MALIK SHAKUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-21-810-SLP ) |
| DEPARTMENT OF THE AIR FORCE, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered herein this 25th day of January, 2022, this matter is DISMISSED WITHOUT PREJUDICE.

ENTERED this 25th day of January, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE